UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00071-MR

| | |
|---|---|
| CLEVIC CORDERO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> FNU MASON, ) <br> ) <br> Defendant. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's letter [Doc. 4], which the Court construes as a motion for voluntary dismissal.

Pro se Plaintiff Clevic Cordero ("Plaintiff") filed this action pursuant to 42 U.S.C. § 1983 against Defendant FNU Mason, identified as a nurse at Marion Correctional Institution in Marion, North Carolina, based on the alleged failure to give Plaintiff his stomach medication. [Doc. 1]. Plaintiff moved to proceed in forma pauperis [Doc. 2] and the Clerk ordered Plaintiff to provide a certified copy of his prisoner trust account statement [Doc. 3]. Plaintiff now moves the Court to dismiss his Complaint without prejudice. [Doc. 4]. As grounds, Plaintiff states that he is now receiving his medication and he wishes to "drop [his] lawsuit case." [Id.]. Although Plaintiff does not need leave of Court to dismiss his case, the Court will nonetheless grant

Plaintiff's motion and order that this case be dismissed without prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff also appears to request that the Court provide him with two blank prisoner 1983 forms. The Court will instruct the Clerk to provide Plaintiff with these forms.

## ORDER

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Voluntary Dismissal [Doc. 4] is **GRANTED** and this action is hereby **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk's Order for Prisoner Trust Account Statement [Doc. 3] is **VACATED**.

The Clerk is respectfully instructed to send Plaintiff two blank prisoner 1983 forms.

The Clerk is also respectfully instructed to terminate this action.

**IT IS SO ORDERED.**

Signed: March 25, 2024

Martin Reidinger
Chief United States District Judge